In the Matter of REUBEN HECHT, Appellant, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

JACOB MILLER, Appellant, v. FRANK CATANIA, as President of Joint Board of Shirt, Leisurewear, Robe, Glove and Rainwear Workers' Union, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [Order granted motion to modify demand for bill of particulars.]

■

THOMAS J. BATA et al., Respondents, v. JAN A. BATA, Appellant.— Order granting plaintiffs a temporary injunction modified as hereinafter provided and, as so modified, affirmed. In view of the extensive operations of the four Brazilian corporations and the possible effect of the broad injunction granted herein the injunction is modified in the following particulars: Provision should be made for the sale of the lands in the normal and ordinary course of business. No such sale shall be made to any one person or corporation involving more than 180 acres. The proceeds of sale shall be deposited with the National City Bank of New York, Sao Paulo Branch, as escrow agent, subject to withdrawal only upon the joint instructions of attorneys Henry Cohen and Inzer B. Wyatt, except that payments from such proceeds may be made for (a) salaries at existing levels, (b) taxes, and (c) money obligations incurred in the regular course of business. The foregoing, however, shall not authorize disbursements of such proceeds in the payment of obligations (other than salaries at existing levels as herein provided) to defendant, his wife, or any of his children or children-in-law. Provision may be included in the order to be settled hereon providing for early trial. No costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Dore, J. P., and Cohn, J., dissent insofar as the order is modified and vote to affirm. Settle order on notice. [See 282 App. Div. 683.]

■

LARRY SILBERBERG, as Trustee under an Agreement between FLO LUXENBERG and Others, and EAGLE CONVERTING COMPANY, a Partnership, Appellant, v. RUTH LIPTON, Individually and as Executrix of CONRAD LIPTON, Deceased, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [Order denied motion to modify notice of examination.] [See post, p. 962.]

■

EVA SOBEL, Respondent, v. ADOLPH J. SOBEL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

BANQUE DE SALONIQUE, Respondent, v. LEON FELDMAN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.